# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

| UNITED STATES OF AMERICA | | | CRIMINAL COMPLAINT |
|---|---|---|---|
| V. | | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 0 3 2015<br>Clerk of Court | |
| Ricardo Garcia Salinas<br>A208 266 562   YOB: | **PRINCIPAL**<br>1980 | | Case Number:<br>M-15- 0884 -M |
| United States | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 1, 2015** in **Starr** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Luis Alfredo Sanchez-Madrid, a citizen and national of El Salvador, along with one (1) other undocumented alien, for a total of two (2), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 1, 2015, Border Patrol Agents J. Hernandez and D. DeAnda were conducting surveillance in Rio Grande City, in an unmarked government unit, when they observed a green Ford Contour exiting an area that has seen a large amount of illegal alien and narcotic smuggling. The Ford Contour travelled towards US Highway 83 and turned east Highway 83. Agents were able to see the driver and two passengers; one in the front passenger seat and one in the back seat.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved:
Robert Wells AUSA
6/3/2015

_____
Signature of Complainant

**Israel Perez**    **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

at **McAllen, Texas**

**June 3, 2015**
Date

City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15- 0884 -M

RE:     Ricardo Garcia Salinas                 A208 266 562

**CONTINUATION:**

The two passengers sat stiff and motionless the whole time agents surveyed them. The Contour came to a stop at a local gas station in Escobares, Texas. At the gas station, the driver and front passenger exited the vehicle, and entered the store while the back seat passenger waited in the car. After the two exited the store, the driver, later identified as Ricardo GARICA-Salinas, paced back and forth outside of the store for approximately 15 minutes while using his cellular phone. Shortly after, GARCIA and the two passengers departed the store.

Agents contacted Starr County District Attorney Investigator I. Guerra for assistance with a vehicle stop. Investigator Guerra stopped the vehicle due to an unrestrained front seat passenger. At the vehicle stop, Border Patrol Agents Hernandez and DeAnda arrived and determined that the driver, GARCIA, was a United States citizen. The two passengers were illegally in the United States. All three people were transported to the Rio Grande City Border Patrol Station for processing.

**PRINCIPAL'S STATEMENT:**

Ricardo GARCIA-Salinas was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

GARCIA, a United States citizen, was changing his tire, when a woman known to him as La Guera, called him and asked if he could transport 3 undocumented aliens to McAllen, Texas. La Guera offered GARCIA $200 per alien he transported. GARCIA told agents that he usually works with a different woman when it comes to transporting, but this occasion, the woman who called GARCIA, told him he needed to go to two different locations to pick up the two illegal aliens.

GARCIA described the first location as being near his residence and having a spiral staircase. The second location, he described as a carwash off of Madrigal Street. At the house with the spiral staircase there was one person outside waiting, just as La Guera told him there would be. Upon GARCIA's arrival, the UDA boarded the vehicle without being prompted. At the second location, he pulled up to the carwash and saw the UDA walking around the side of the property. GARCIA stated he waved his hand to motion for the person to board the vehicle. According to GARCIA, the man seemed nervous, so GARCIA told him to relax.

**NOTE:** GARCIA has two prior administrative smuggling cases where he was identified as the principal of those cases, but was not charged.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0884-M

RE:   **Ricardo Garcia Salinas**                    A208 266 562

**CONTINUATION:**

**MATERIAL WITNESS STATEMENT:**

Luis Alfredo Sanchez-Madrid was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

Sanchez, a citizen of El Salvador, claimed to have been charged $9,000 (USD) to be smuggled to Houston, Texas. After illegally crossing the Rio Grande River, Sanchez was told to wait in a house. Later that same day, a man arrived driving a green car and instructed him to board the vehicle. After Sanchez boarded the vehicle, they travelled to another location and picked up one more person. Sanchez identified GARCIA in a photo lineup as the man driving the green car.